IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MOHAMMAD ASAD, *et al.*, § | |
| Plaintiffs, § | |
| vs. § | CIVIL ACTION NO. H-06-0452 |
| § | |
| JOHN BARTLETT, *et al.*, § | |
| Defendants. § | |

## ORDER OF DISMISSAL

Plaintiffs Mohammad Asad, Yameenuddin Ahmed Jehanzeb, and Imrad Abdulbhai Maredia sued defendants John Bartlett, Dallas Regional Certifying Officer of the United States Department of Labor; Jenny Elser, Certifying Officer of the United States Department of Labor; Elaine L. Chao, United States Secretary of Labor; and Alberto Gonzales, United States Attorney General, seeking, *inter alia*, writs of mandamus requiring the defendants to adjudicate the plaintiffs' pending labor certification applications. (Docket Entry Nos. 1, 3). The claims of Asad and Jehanzeb were previously dismissed because their labor certification applications were adjudicated. The claims of Imram Maredia are now dismissed based on the plaintiffs' motion for nonsuit, in which plaintiffs assert that all their applications have been adjudicated. The motion for nonsuit is granted and this case is dismissed.

SIGNED on August 16, 2006, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge